IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:02CR432 |
| vs. | ORDER |
| JAMES BENFORD, | |
| Defendant. | |

Defendant James Benford appeared before the court on May 5, 2017 on a Petition for Warrant for Offender Under Supervision [143]. The defendant was represented by Assistant Federal Public Defender Jeffrey L. Thomas, and the United States was represented by Assistant U.S. Attorney Matt E. Lierman. Defendant waived his right to a preliminary examination. The government moved for detention. A Detention hearing was held. The government's motion for detention is denied. Therefore, the defendant will be released on current conditions of supervision. I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Senior Judge Strom.

**IT IS ORDERED:**

1. A final dispositional hearing will be held before Senior Judge Strom in Courtroom No. 5, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on May 31, 2017 at 9:30 a.m. Defendant must be present in person.

2. The defendant is to be released on current conditions of supervision.

Dated this 5th day of May, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge