IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:02CR432 |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES BENFORD, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to continue supervised release disposition (Filing No. 156). The Court notes plaintiff's counsel and the United States Probation Officer do not object. Accordingly,

IT IS ORDERED that the hearing on the petition for warrant or summons for offender under supervision (Filing No. 143) is rescheduled for:

**Wednesday, October 18, 2017, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska.

DATED this 24th day of May, 2017.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court